**JOHNSON // BECKER** PLLC

444 Cedar Street, Suite 1800
St. Paul, MN 55101
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

January 29, 2024

**MEMO ENDORSED**, pg. 2.

**VIA ECF**

Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Courtroom 619

Attn: Hon. Edgardo Ramos

**Re:**   *Justin Douglas v. Sensio, Inc.*
         Case No. 1:22-cv-08711

Dear Judge Ramos,

I represent Plaintiff Justin Douglas in the above-referenced matter. As your Honor has likely noted from Ms. Margolis' letter dated January 24, 2024 [ECF Doc. 23], progress is being made with respect to the discovery issues raised in Plaintiff's Decemeber 27, 2023 letter requesting a Local Civil Rule 37.2 conference. [ECF Doc. 20]. Given Sensio's ongoing efforts to finalzie the ESI protocol and substantivly respond to Plaintiff's discovery requests, the parties respectfully ask the Court to vacate the Local Civil Rule 37.2 conference scheduled for Wednesday, January 31, 2024 at 10 am, and allow the parties leave to submit a Proposed Amended Scheduling Order for the Court's consideration.

Thank you for your time and attention to this matter.

**JOHNSON BECKER, PLLC**

Adam J. Kress, Esq.
Admitted *Pro Hac Vice*
(612) 436-1908
akress@johnsonbecker.com

1

292344415v.1

**APPROVED AS TO FORM AND CONTENTS:**

Bernice E. Margolis, Esq.
WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP
1133 Westchester Avenue
White Plains, NY 10604
Bernice.Margolis@wilsonelser.com

*Attorneys for Defendant Sensio, Inc.*

---

The application to cancel the January 31, 2024 conference is granted. The parties are directed to submit the proposed amended scheduling order by January 31, 2024.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 1/29/2024
New York, New York

292344415v.1