# COLELLA | ZEFUTIE LLC

www.czlaw.com

John J. Zefutie, Jr.
Office Managing Partner
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
E: jzefutie@czlaw.com

*Via ECF*  August 7, 2025

Hon. Jeannette Vargas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **Douglas v. Sensio, Inc.**
                **Civ. Action No. 1:22-cv-8711 (JAV)**

Dear Judge Vargas:

      Pursuant to Your Honor's Order of June 27, 2025 (D.E. 47) and Rule 8.E of Your Honor's Individual Rules and Practices in Civil Cases, the parties respectfully submit this Post Expert Discovery Joint Status Letter. Plaintiff chose to forego the deposition of Sensio's Rule 30(b)(6) witness, as Plaintiff's counsel has previously deposed this corporate representative on three prior occasions. Sensio's position is that those deposition transcripts cannot be used in this proceeding, but Sensio does not view this as an issue the Court needs to decide at the present time. On July 25, 2025, Sensio took the deposition of Plaintiff's expert, David Rondinone. Discovery is complete.

      The parties believe that a mediation may result in a settlement of this case. Accordingly, the parties respectfully request leave to schedule a mediation to be completed within 90 days (subject to mediator availability) after the date of this letter. If that mediation is unsuccessful, Sensio intends to move to exclude, in whole or in part, the opinions of Dr. Rondinone. We have conferred with Plaintiff's counsel and agreed to the following schedule:

      Opening Motion:    60 days following mediation;

      Opposition:    30 days after service of the opening motion;

      Reply:    14 days after service of the opposition.

      We thank the Court for its time and consideration of this matter.

                              Respectfully submitted,

| JOHNSON BECKER PLLC | COLELLA ZEFUTIE LLC |
|---|---|
| s/ *Adam J. Kress* | s/ *John J. Zefutie, Jr.* |
| Adam J. Kress (admitted pro hac vice) | John J. Zefutie, Jr. |
| Attorneys for Plaintiff | Ugo Colella (*pro hac vice*) |
| Justin Douglas | Attorneys for Defendant Sensio, Inc. |